FILED
08 JUL 22 PM 3:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CALIFORNIA

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Sedillo          Andrew-Joseph
3       (Last)              (First)              (Initial)

4  Prisoner Number  V-17206

5  Institutional Address  High Desert Correctional Facility
6  P.O. BOX 3030; Susanville, California 96127

(PR)
CRB

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8
9  SEDILLO, Andrew Joseph                    )
   (Enter the full name of plaintiff in this action.)  )
10                  vs.                      )  CV 08  3507
                                             )  Case No.
                                             )  (To be provided by the Clerk of Court)
11 GABRIEL HUERTA                            )
                                             )  **COMPLAINT UNDER THE**
12 JOSE SANTIAGO                             )  **CIVIL RIGHTS ACT,**
                                             )  **Title 42 U.S.C § 1983**
13 _____            )
                                             )
14 _____            )
                                             )
15 (Enter the full name of the defendant(s) in this action)  )

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.   Exhaustion of Administrative Remedies.

18       [**Note:** You must exhaust your administrative remedies before your claim can go
19       forward. The court will dismiss any unexhausted claims.]

20       A.   Place of present confinement    CDC&R

21       B.   Is there a grievance procedure in this institution?

22            YES (X)    NO ( )

23       C.   Did you present the facts in your complaint for review through the grievance
24            procedure?

25            YES ( )    NO (X)

26       D.   If your answer is YES, list the appeal number and the date and result of the
27            appeal at each level of review. If you did not pursue a certain level of appeal,
28            explain why.

COMPLAINT                           - 1 -

1. Informal appeal _____

_____

_____

2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____

4. Third formal level _____

_____

_____

    E.    Is the last level to which you appealed the highest level of appeal available to you?

           YES ( )    NO (x)

    F.    If you did not present your claim for review through the grievance procedure, explain why. __Newly discovered Respondents conduct through request for Saftey Concerns. Employee Stephans foward documentation revealing pertinent information and no appeal is required due to Respondent's not in CDC&R.__

II.    Parties.

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

__300 Bradford Street; Redwood City, California__

__Both Respondent's Can Be Located at Above Address.__

_____

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

__San Mateo County Sheriff's Department.__

COMPLAINT                    - 2 -

1  Gabriel Huerta is a Sheriff Deputy.
2  Jose Santiago is a Sheriff Duputy of San Mate County.
3
4
5  III.    Statement of Claim.
6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10   On or about July 1st, 2008, I received documentation from
11   CDC&R Institutional staff concerning Saftey Concerns for
12   proper housing. I discovered that a phone call was made to
13   Jose Santiago on May 11th, 2004, by Correctional Officer
14   D.Deseo of San Quentin Prison, questioning Santiago about
15   my former housing and what was the proper housing for me.
16   Santiago acknowledged that I was in imminent danger and I
17   could not be housed around Norteno gang. Although, by that
18   I had been physically assulted by the Norteno Gang, and the
19   information of my saftey concerns were not fowarded to the
20   San Quentin Officers.
21   On or about September 30th, 2003, Gabriel Huerta testified
22   under sworn oath of his belief that I was a gang member.
23 IV.    Relief.
24         Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26   Suffered Physical harm, Emotional Damage, Mental Anguish
27   causing me to placed in a psychological program for my
28   mental and behavioral welfare. For the above I request
     ($21,000,000) Tweenty One Million Dollars and zero cent.

COMPLAINT                              - 3 -

1  I also request that all fee's incurred for filings and
2  court cost be paid by Respondents.
3
4
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this _____ day of __July_____, 20 _08_, A.D.
8
9                                              _____
10                                                   (Plaintiff's signature)

COMPLAINT                              - 4 -

Andrew Joseph Sedillo
c/o V17206 HDSP
P.O. Box 3030
SUSANVILLE, CALIFORNIA
96127-3030

**RECEIVED**
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL LEGAL MAIL!!

**STATE PRISON**

RENO NV 895
15 JUL 2008 PM 3 T

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, CLERK OF THE COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

9410219461

"LET US DARE
THINK, SPEAK
John Adams, 1765

USA FIRST-CLASS FOREVER

CONFIDENTIAL LEGAL MAIL!!